# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THERESE CROWLEY, on her own behalf and on behalf of all others similarly situated,** | Case No. 1:10-cv-07256 <br><br> Hon. Charles R. Norgle, Sr. |
| **Plaintiff,** | |
| v. | |
| **WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE,** | |
| **Defendant.** | |

## MOTION OF WELLS FARGO BANK, N.A. TO DISMISS
## PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Class Action Complaint ("Complaint") filed against it by plaintiff Therese Crowley ("plaintiff"). Because plaintiff has failed to state a claim upon which relief can be granted, plaintiff's Complaint should be dismissed in its entirety with prejudice. In support of this Motion, Wells Fargo relies upon the accompanying memorandum of law and the exhibits attached to the Declaration of Irene C. Freidel. Wells Fargo respectfully requests a hearing on its Motion.

WHEREFORE, Wells Fargo respectfully requests that the Court: (1) grant its motion to dismiss; (2) dismiss the Complaint in its entirety with prejudice; and (3) grant such other relief as the Court deems just and appropriate.

Dated: January 21, 2011

Respectfully submitted,

WELLS FARGO BANK, N.A.

*/s/ Irene C. Freidel*

One of Its Attorneys

Irene C. Freidel
irene.freidel@l;gates.com
N.D. Ill. Bar No. 559051
David D. Christensen (*pro hac vice pending*)
david.christensen@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA  02111
617.261.3100 (phone)
617.261.3175 (fax)

Kenneth A. Rechtoris
kenneth.rechtoris@klgates.com
Bar No. 6190285
Jessica A. Baer
jessica.baer@klgates.com
Bar No. 6295818
**K&L GATES LLP**
70 W. Madison St., 3100
Chicago, IL 60602
312.372.1121 (phone)
312.827.8000 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 21, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the attached service list.

*/s/ Irene C. Freidel*
Irene C. Freidel

## SERVICE LIST

### Case No. 1:10-cv-07256

Bernard James Conway
**Law Office of Bernard J. Conway**
100 East Walton #600
Chicago, IL 60611

*Counsel for Plaintiff Therese Crowley*