**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| THERESE CROWLEY, on her own behalf | ) | |
| and on behalf of all others similarly | ) | |
| situated, | ) | |
| Plaintiff, | ) | Case No  10 cv 7256 |
| v. | ) | |
| WELLS FARGO BANK, N.A. | ) | |
| d/b/a WELLS FARGO HOME MORTGAGE | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, Therese Crowley, on her own behalf and on behalf of all others similarly situated, and files this VOLUNTARY MOTION TO DISMISS THE COMPLAINT and states as follows.

Plaintiff moves this Court to grant its VOLUNTARY MOTION TO DISMISS THE COMPLAINT and any other relief this Court deems appropriate.

Respectfully submitted,

**Therese Crowley**
By: /s/ Bernard J. Conway
Attorney at Law
100 East Walton #600
Chicago, Illinois 60611
Plaintiff's Counsel

**Law Office of Bernard J. Conway**
Bernard J Conway ARDC#6194926
100 East Walton #600
Chicago, Illinois 60611
bjc@bernardjconway.com
Fax: 312-867-0800
Phone 312-235-2052