# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Theresa M Crowley

                      Plaintiff,

v.                                            Case No.: 1:10−cv−07256
                                            Honorable Charles R. Norgle Sr.

Wells Fargo N.A.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 28, 2011:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Plaintiff's Motion to Voluntarily Dismiss [19] is granted. Defendant's Motion to Dismiss [14] is denied as moot. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.